**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 08-6534**

―――――――――

GREGORY D. BROOKINS,

     Petitioner - Appellant,

  v.

WARDEN TRENTON CORRECTIONAL INSTITUTION,

     Respondent - Appellee,

  and

JON OZMINT, Dir.,

     Respondent.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief District Judge. (3:07-cv-01150-GRA)

―――――――――

Submitted: August 14, 2008    Decided: August 20, 2008

―――――――――

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Gregory D. Brookins, Appellant Pro Se. James Anthony Mabry, Donald John Zelenka, Deputy Assistant Attorney General, Columbia, South Carolina, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory D. Brookins seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Brookins has not made the requisite showing. Accordingly, we grant Brookins' motion to amend his brief, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3